1066

Calvin M. KIRK v. CHESAPEAKE & OHIO
RY. CO.
No. 6010.

Circuit Court of Appeals, Sixth Circuit.
June 27, 1932.

Cline & Patterson, of Cleveland, Ohio,
for appellant.

Wilson & Rector, of Columbus, Ohio, for
appellee.

PER CURIAM.

Dismissed pursuant to stipulation of
counsel.

Walter KOLIS v. Charles MOSDEN.
No. 5845.

Circuit Court of Appeals, Sixth Circuit.
Jan. 8, 1932.

M. F. McDonald, of Detroit, Mich., for
appellant.

Justin M. Hannick, of Detroit, Mich., for
appellee.

PER CURIAM.

Decree of District Court affirmed.

Tony LA FATCHA, Liborio Percoco, and Rocoo
Polichena v. UNITED STATES.
No. 6141.

Circuit Court of Appeals, Sixth Circuit.
June 29, 1932.

Howell Leuck, of Cleveland, Ohio, and
Edw. Sheck, of Akron, Ohio, for appellants.

Haveth E. Mau, U. S. Atty., of Cincinnati,
Ohio.

PER CURIAM.

Judgment of District Court affirmed.

Jeanatte Pappin LAMBERT v. UNITED
STATES of America.
No. 592.

Circuit Court of Appeals, Tenth Circuit.
Jan. 28, 1932.

Poe, Lundy & Morgan, of Tulsa, Okl., for
appellant.

A. E. Williams, Asst. U. S. Atty., of
Tulsa, Okl.

Before LEWIS and COTTERAL, Cir-
cuit Judges, and KENNAMER, District
Judge.

PER CURIAM.

Appeal dismissed for failure to prosecute.

Leo V. LANGLEY v. UNITED STATES.
No. 6235.

Circuit Court of Appeals, Sixth Circuit.
June 27, 1932.

Geo. J. Coleman, of Memphis, Tenn., for
appellant.

D. D. Maddox, U. S. Atty., of Memphis,
Tenn.

PER CURIAM.

Docketed and dismissed for failure of ap-
pellant to comply with Rule 10.